STATE BOARD OF LAW EXAMINERS v. SAMUEL D. O'NEILL.[1]

June 29, 1917.

No. 20,492.

**Attorney disbarred for crime.**
Respondent was disbarred because of his conviction in the Federal court of the crime of conspiracy to conceal property of a bankrupt from the trustee in bankruptcy. [Reporter.]

Upon the accusation of the secretary of the State Board of Law Examiners that defendant had been convicted of wilful misconduct in his profession, the supreme court ordered defendant to answer the complaint. Defendant moved that his resignation from the bar be accepted. Defendant disbarred.

*Albert R. Allen,* for defendant.

PER CURIAM.
On the same date that the petition herein for disbarment was filed, respondent filed a motion for an order permitting him to resign his office as an attorney in the courts of this state. The motion of respondent is denied.

Upon a consideration of the record herein we find that the allegations of the petition made by the State Board of Law Examiners are true, viz.: That respondent Samuel D. O'Neill, a duly licensed and practicing attorney of this state, was on October 30, 1916, duly convicted in the United States District Court, District of Minnesota, of the crime of having unlawfully and wilfully conspired and agreed with one Andrew E. Carlson to commit an offense against the United States, that is to say, to conceal, prior to the said Andrew E. Carlson's becoming a bankrupt and while said Andrew E. Carlson was a bankrupt, from the trustee of said Andrew E. Carlson, certain of the property belonging to the estate in bankruptcy of said Andrew E. Carlson, committed at Sherburn, Minnesota, and sentenced to imprisonment in the United States penitentiary at Leavenworth, Kansas, for one year and one day.

It is therefore ordered that respondent Samuel D. O'Neill be removed from his office as an attorney and counsellor in the courts of this state, and that the license heretofore issued to him be and the same is hereby annulled.

[1]Reported in 163 N. W. 504.